IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JAMIE WILLIAMS, | : | Case No. 1:22-cv-17 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| SHERIFF McGUFFY, | : | |
| | : | |
| Respondent. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 3)

This Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections have been filed. The time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Upon review, the Court hereby **ADOPTS** the Report and Recommendation in its entirety and **DISMISSES** the matter for lack of prosecution. This action is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND